AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia-Gainesville Division

James A. Obeso, Attorney Ad Litem For Arturo Munoz-Torres, A Minor

V.

Ross L. Jacobson, M.D., The Longstreet Clinic, P.C. and Northeast Georgia Medical Center, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2 08-CV-0248

TO: (Name and address of Defendant)

Northeast Georgia Medical Center, Inc.
c/o James E. Gardner, Registered Agent
743 Spring Street
Gainesville, GA 30501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lyle Griffin Warshauer
Warshauer Poe & Thornton, PC
3350 Riverwood Parkway
Suite 2000
Atlanta, Georgia 30339
United States of America

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                              12/16/08
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE December 12, 2008 at 2:27 PM |
| NAME OF SERVER (PRINT) Katherine Bolling | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Served Northeast Georgia Medical Center, Inc. by serving Gail Bowen, authorized to accept for James E Gardner, Registered Agent, at his business located at 743 Spring Street, Gainesville, Georgia 30501.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/15/2008
Date

Signature of Server

Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, Georgia 30312   (404) 849-1240
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.