IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES A. OBESO, ATTORNEY AD LITEM FOR ARTURO MUNOZ-TORRES, A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>ROSS L. JACOBSON, M.D., THE LONGSTREET CLINIC, P.C., and NORTHEAST GEORGIA MEDICAL CENTER, INC.,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 2:08-CV-0248-RWS |

### PROTECTIVE ORDER

The above styled matter is presently before the Court on a proposed Consent Protective Order. This Court finds a material need for such an Order to protect the dependency file of Arturo Munoz-Torres as generated in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida in accordance with Federal Rules of Civil Procedure and the Local Rules of this Court. It is hereby ORDERED that the Consent Protective Order be in full force and effect.

1

SO ORDERED, this __8th__ day of __May__, 2009.

_____
Richard W. Story
United States District Judge
Northern District of Georgia